ROBERT LORE, PLAINTIFF IN ERROR, v. ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION, DEFENDANT IN ERROR.

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change in the near future of judicial opinion or in the membership of the court, the judgment should be affirmed so as not to unduly prolong the litigation.

This case was decided by the Court En Banc.

Writ of error to the circuit court for Hillsborough county.

*Davis & Hampton,* for Plaintiff in Error;

*Sparkman & Carter,* for Defendant in Error.

PER CURIAM: In this case Mr. Chief Justice SHACKLEFORD, Mr. Justice TAYLOR and Mr. Justice WHITFIELD are of opinion that the judgment should be affirmed, while Mr. Justice COCKRELL, Mr. Justice HOCKER and Mr. Justice PARKHILL are of opinion that the judgment should be reversed. Under these circumstances, upon the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51, the judgment should be affirmed, and it is so ordered.